AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

JEFFREY TILLER

*Plaintiff*

v.

CAR SALES, INC.; CHESTER PIKE AUTO SALES, INC. and LEASE and RENTAL MANAGEMENT CORP.

*Defendant*

Civil Action No.   09-4867

AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael E. Kunz
Clerk of Court

Date: 10/29/09

*Signature of Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

09-4867

Civil Action No. 

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Car Sales, Inc.
was received by me on *(date)* 2/16/10 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: William Wilmont, Management accepted service
for Car Sales, Inc. at 450 Chester Pike, Sharon Hill,
PA 19079.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 2/16/10

*Server's signature*

Michael Gallagher, Process Server
*Printed name and title*

235 S. 13th Street, Phila., PA 19107
*Server's address*

Additional information regarding attempted service, etc: