# *Metro Filing Services, Inc.*

2021 ARCH STREET
PHILADELPHIA, PA 19103
(215) 981 FILE

Philadelphia Association of
Professional Process Servers

**AFFIDAVIT OF SERVICE**

PLAINTIFF(S)
Jeffrey Tiller

DEFENDANT(S)
Car Sales, Inc.

SERVE AT
450 Chester Pike
Sharon Hill, PA 19079

SPECIAL INSTRUCTIONS

COURT TERM and NO.
09-4867

COUNTY
Philadelphia

DATE PREPARED
Mar 18, 2010

SERVED BY
Michael J. Damiano

Civil Action
Summons

Writ Of

Subpoena
Notice of Real Estate Sale
✓ Other    Answer & Cross
            Claim

COMPANY CONTROL NUMBER
060082

---

Served and made known to        Car Sales, Inc.

on the    17    day of    March    , 2010    , at    10:09 AM

at   450 Chester Pike                              , County of    Delaware

Commonwealth of Pennsylvania, in the manner described below:

    Defendant(s) personally served
    Adult family member with whom said Defendant(s) reside(s). Relationship is
    Adult in charge of Defendant's residence who refused to give name or relationship.
✓  Agent or person in charge of Defendants's office or usual place of business.   Bill
    _____ an officer of said Defendant company.
    Other

FILED

Description:   Age:        Height:        Weight:        Race:                Sex:

APR 06 2010
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

On the _____ day of _____ , _____ , at _____
Defendant not found because:    Moved    Unknown    No Answer    Vacant    Other

---

NAME OF SERVER

Michael J. Damiano      being duly sworn according to law, deposes and says that
he/she is process server herein named; and that the facts herein set forth above are
true and correct to the best of their knowledge, information and belief.

Sworn to and subscribed before me this
_____ day of _____ 20__

NOTARIAL SEAL
DEANNA L KRAFCZ, Notary Public
City of Philadelphia, Phila. County
My Commission Expires _____

Sheriff _____        Process Server/Competent Adult

Law Firm            Bernstein Law Firm, P.C.

Attorney's Name     Lori A. Gibson

Address             707 Grant Street, Suite 2200
                    Pittsburgh, PA 15219

Telephone #         (412) 456-8100             Client #    1371

ATTEST

PRO PROTHY

DATE

1990 Philadelphia Assoc. of Professional ProcessServers Rev 98 1
Metro Filing Services, Inc. founding member